**Motion GRANTED and Order filed July 11, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00541-CV
_____

## IN RE JOHNATHAN SIMMS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1103691**

---

## ORDER

On July 10, 2019, relator Johnathan Simms, filed a petition for writ of asking this court to compel the Honorable George Barnstone, Judge of the County Civil Court at Law No 1, in Harris County, Texas, to vacate his order dated April 16, 2019 grating the motion of Jennifer Dao, the real party-in-interest, for a new trial. The new trial has been preferentially set for July 17, 2019.

Relator also has filed a motion for temporary relief, asking our court to stay the trial set for July 17, 2019, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the new trial **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Jennifer Dao to file a response to the petition for writ of mandamus on or before July 25, 2019**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.